# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00111-RPM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTINE ANNETTE CHAMBERS

    Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY

---

On December 17, 2007, the probation officer notified the Court that the defendant had been sentenced on December 3, 2007, to a 5 year term of imprisonment in the Colorado Department of Corrections in El Paso County Court Docket No. 2007-CR-3823. On December 19, 2007, the Court directed the probation office to initiate terminating the defendant's supervised release unsatisfactorily. Accordingly, it is

ORDERED that the defendant be discharged from supervised release unsatisfactorily and the proceedings in the case be terminated.

DATED at Denver, Colorado, this ____ day of January, 2008.

BY THE COURT:

RICHARD P. MATSCH
Senior District Judge